## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**TXu 2-233-857**
Effective Date of Registration: December 03, 2020
Registration Decision Date: January 13, 2021

---

**Title**

Title of Work: Chord Buddy Descriptions 1 and 2

**Completion/Publication**

Year of Completion: 2015

**Author**

- Author: Perry's Music, LLC
  Author Created: text
  Work made for hire: Yes
  Domiciled in: United States

**Copyright Claimant**

Copyright Claimant: Perry's Music, LLC
529 Harvest Ln, Dothan, AL, 36301, United States

**Rights and Permissions**

Organization Name: Perry's Music, LLC
Address: 529 Harvest Ln.
Dothan, AL 36301 United States

**Certification**

Name: Amy McPeak
Date: December 03, 2020

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-240-906**

**Effective Date of Registration:**
March 03, 2021

**Registration Decision Date:**
March 10, 2021

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: February 01, 2015 to February 02, 2015

### Title

- **Title of Group:** Chord Buddy Photos 2015
- **Number of Photographs in Group:** 2

  - **Individual Photographs:** CBBook12 Client Image 1 Feb 2015
    **Published:** February 2015

  - **Individual Photographs:** ClassicalChordBuddyNeck5x51 Client Image 2 Feb 2015
    **Published:** February 2015

### Completion/Publication

- **Year of Completion:** 2015
- **Earliest Publication Date in Group:** February 01, 2015
- **Latest Publication Date in Group:** February 02, 2015
- **Nation of First Publication:** United States

### Author

- **Author:** Perry's Music, LLC
  **Pseudonym:** Travis Perry
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United States

### Copyright Claimant

- **Copyright Claimant:** Perry's Music, LLC
  529 Harvest Ln., Dothan, AL, 36301, United States